980 F.2d 724
 Sheet Metal Workers' Local 28 of New Jersey Welfare Fund
v.
Gallagher (Edward); Sheet Metal Workers' National Pension
Fund v. Gallagher (Edward), Sharkey (Cornelius P., Jr.),
Siminson (Charles), Taylor (Howard), Johnstone (Campbell),
Morrison (Eugene), Sheet Metal Workers' Local Union 22 of
New Jersey Welfare Fund, Sheet Metal Workers' Local Union 22
of New Jersey Pension Fund
 NO. 91-5690
 United States Court of Appeals,
Third Circuit.
 Oct 09, 1992
 
 1
 Appeal From: D.N.J.; Appealing after remand 960 F.2d 1195
 
 
 2
 AFFIRMED.